**Dismissed and Memorandum Opinion filed July 2, 2024**



**In The**

# Fourteenth Court of Appeals

---

## NO. 14-24-00214-CV

---

**CHERYL E. THOMAS, Appellant**

**V.**

**GREGORY MILLER, Appellee**

---

**On Appeal from the 234th District Court
Harris County, Texas
Trial Court Cause No. 2017-47809**

---

## MEMORANDUM OPINION

This appeal is from a judgment signed February 20, 2024. The clerk's record was filed April 15, 2024. There is no reporter's record. Appellant has not filed a brief.

On June 14, 2024, we issued a notice stating that unless appellant filed a brief within 10 days, the appeal was subject to dismissal without further notice for want of prosecution. *See* Tex. R. App. P. 42.3(b).

Appellant filed no brief or other response. We dismiss the appeal.

PER CURIAM

Panel consists of Chief Justice Christopher and Justices Spain and Poissant.